IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM BRANDON CUMMINGS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 09-20J |
| | ) | |
| v. | ) | Judge Gibson |
| | ) | Magistrate Judge Bissoon |
| CO BUTLER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

William Brandon Cummings's civil rights complaint was received by this Court on January 30, 2009, and was referred to United States Magistrate Judge Cathy Bissoon for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules Rules 72.C and 72.D of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on December 3, 2009, recommended that the Plaintiff's Motion to Amend/Correct the Complaint (Doc. 35) be denied. The parties were allowed ten days from the date of service to file objections. Service was made on Plaintiff by First Class United States Mail at his place of incarceration. Objections were due on or before December 17, 2009. No objections have been filed.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 4th day of January, 2010,

IT IS HEREBY ORDERED that Plaintiff's Motion to Amend/Correct the Complaint (Doc. 35) is DENIED.

The Report and Recommendation of Magistrate Judge Bissoon (Doc. 37), dated December 3, 2009, is adopted as the opinion of the court.

/s/ Kim R. Gibson
Kim R. Gibson
U.S. District Court Judge

cc:
WILLIAM BRANDON CUMMINGS
GX-8328
SCI Somerset
1600 Walters Mill Road
Somerset, PA 15510